Page 1 of 2

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION


**DAVID W. PRIDGEON,**

      **Petitioner,**

**vs.**                                          **4:05cv461-SPM/WCS**

**JAMES V. CROSBY, JR.,**

      **Respondent.**

_____/

### O R D E R

Petitioner, an inmate proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a Memorandum of Law In Support. Docs. 1 and 2. Petitioner has failed, however, to pay the required $5.00 filing fee or, alternatively, to file an application for leave to proceed *in forma pauperis* (IFP). Review of Petitioner's petition will be deferred until the $5.00 filing fee is paid or an application for leave to proceed *in form pauperis* is submitted.

Accordingly, it is **ORDERED:**

1. The clerk of court shall forward to Petitioner an application for leave to proceed *in forma pauperis*.

Dockets.Justia.com

2.  Petitioner shall have until **January 9, 2006**, to either file an application for leave to proceed *in forma pauperis*, or pay the $5.00 filing fee.

3.  Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

**DONE AND ORDERED** on December 8, 2005.

 S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**