# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DAVID W. PRIDGEON,**

    **Petitioner,**

**vs.**                                                            **4:05cv461-SPM/WCS**

**JAMES V. CROSBY, JR.,**

    **Respondent.**
_____/

## O R D E R

Petitioner, an inmate proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a Memorandum of Law In Support. Docs. 1 and 2. Petitioner has failed, however, to pay the required $5.00 filing fee or, alternatively, to file an application for leave to proceed *in forma pauperis* (IFP). Review of Petitioner's petition will be deferred until the $5.00 filing fee is paid or an application for leave to proceed *in form pauperis* is submitted.

Accordingly, it is **ORDERED:**

1. The clerk of court shall forward to Petitioner an application for leave to proceed *in forma pauperis*.

    2.  Petitioner shall have until **January 9, 2006**, to either file an application for leave to proceed *in forma pauperis*, or pay the $5.00 filing fee.

    3.  Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

    **DONE AND ORDERED** on December 8, 2005.

     S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**