**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DAVID PRIDGEON,**

    **Petitioner,**

**vs.**                                                                                    **4:05-CV-461-SPM**

**JAMES McDONOUGH,**

    **Respondent.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 34) dated December 26, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections (doc. 35) on January 12, 2007.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. I have reviewed the 52-page report and recommendation in its entirety, as well as the 33 pages of objections filed by Petitioner, and find that the magistrate was thorough, complete, and correct in his conclusions.  Petitioner has not rebutted any factual issues by clear and convincing evidence, nor has he shown that the

state court's adjudication of his claims was contrary to applicable law.  *See* 28 U.S.C. § 2254(e)(1).  He emphasizes certain facts he believes favorable to his case and attempts to discount others, but is ultimately unable to show that the magistrate's conclusions were incorrect in any fashion.

Simply stated, a petitioner must prove both elements of <u>Strickland v. Washington</u>, 466 U.S. 668 (1984): deficient attorney performance and prejudice to the outcome of the trial.  The magistrate properly pointed out certain rulings made by the trial court that may have been erroneous, but then explained why these potential errors did not result either in ineffectiveness of counsel or in prejudice to the outcome of the case.  Petitioner has not shown that he is entitled to relief from the state court's judgment.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 34) is adopted and incorporated by reference in this order.
2. The petition for writ of habeas corpus (doc. 1) is hereby *denied.*
3. This case is dismissed with prejudice.

**DONE AND ORDERED** this <u>thirtieth</u> day of January, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge